[No. 36703-0-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DEJUAN
MARIO JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-07801-3, Bobbe J. Bridge, J., entered
April 26, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36097-3-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. QUOC SI
LE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-05856-0, Mary Wicks Brucker, J., entered
January 11, 1996. *Reversed* by unpublished per curiam
opinion.

[No. 36345-0-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT
JAMES JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-07856-1, Michael Spearman, J., entered
March 22, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36798-6-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKIEL
KEMP, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07675-2, Ricardo S. Martinez, J., entered
June 30, 1995. *Reversed* by unpublished per curiam
opinion.